## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) Case No. 19-44960-399-13 |
| | ) Chapter 13 |
| KIMBERLEY HERBERT, | ) |
|       Debtor | ) **WITHDRAWAL OF** |
| | ) **MOTION TO DISMISS** |
| MISSOURI DEPARTMENT OF REVENUE, | ) |
|       Movant. | ) Susan L. Lissant |
| | ) Missouri Department of Revenue |
| KIMBERLEY HERBERT, | ) 301 West High Street, Room 670 |
|       Respondent. | ) Jefferson City, MO  65105 |
| | ) MO Bar # 56970 |
| | ) Federal District Bar #:  Exempt |

### WITHDRAWAL OF MOTION TO DISMISS

The Missouri Department of Revenue hereby withdraws, without prejudice, its Motion to Dismiss in this case filed on or about October 1,2019.

Eric Schmitt, Attorney General
State of Missouri

By:  /s/ Susan L. Lissant
Susan L. Lissant, MO Bar #56970
Federal District Bar #: Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531 FAX (573) 751-7232
E-mail:  edmoecf@dor.mo.gov
Attorney for Department of Revenue.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on October 28, 2019:

Kimberley Herbert
153 Amiot Court
St. Louis, MO  63146

/s/ Susan L. Lissant