**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-44960-399 |
| | ) | Chapter 7 |
| Kimberley Herbert | ) | |
| | ) | |
| Debtor. | ) | Hearing Date: December 5, 2019 |
| | ) | Hearing Time: 2:00 PM |
| | ) | Response Due: November 28, 2019 |
| | ) | Location: St. Louis, 5 North |

**DEBTOR'S CONSENT TO MOTION TO SELL REAL ESTATE FREE AND CLEAR OF
LIENS AND INTERESTS**

COMES NOW Debtor, Kimberley Herbert, by and through Counsel, Adams Law Group,

and consents to the Motion to Sell Real Estate Free and Clear of Liens and Interests filed by Trustee

on November 15, 2019.

Respectfully submitted,

ADAMS LAW GROUP

/s/ Jack J. Adams_____
JACK J. ADAMS #37791; #37791MO
Attorney for Debtor
1 Mid Rivers Mall Drive, Ste. 200
St. Peters, Missouri 63376
Ph.(636) 397-4744  Fax (636) 397-3978
contact@thinkadamslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on November 26, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 26, 2019.

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

John Milonas
Keller Williams Realty
10936 Manchester Rd.
St. Louis, MO 63122

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

/s/ Bradley Chapman
Bradley J. Chapman