# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-44960 |
| Kimberley Herbert | Chapter 7 |
| Debtor. | Judge Barry S. Schermer |

## WITHDRAWAL OF PROOF OF CLAIM #17-1

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of Proof of Claim 17-1.

Respectfully Submitted

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on May 28, 2020, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Jack Justin Adams, Debtor's Counsel
    contact@thinkadamslaw.com

    Fredrich J. Cruse, Chapter 7 Trustee
    trustee@cruselaw.com

    Office of the United States Trustee
    ustpregion13.sl.ecf@usdoj.gov

I further certify that on May 28, 2020, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Kimberley Herbert, Debtor
    153 Amiot Court
    Saint Louis, MO 63146

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com